TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00317-CV








In re Health Enrichment and Longevity Institute, Inc. d/b/a Brazos Oaks

Personal Care Center









ORIGINAL PROCEEDING FROM TRAVIS COUNTY






M E M O R A N D U M O P I N I O N


 

 Relator Health Enrichment and Longevity Institute, Inc. d/b/a Brazos Oaks Personal
Care Center filed with this Court a petition for writ of mandamus and a motion for immediate,
temporary relief and emergency stay. We overrule the relator's motion and deny the petition for writ
of mandamus. See Tex. R. App. P. 52.8(a).



 __________________________________________

 Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Filed: June 11, 2003